1

2

3

4

5

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 11, 2026

SEAN F. McAVOY, CLERK

6         UNITED STATES DISTRICT COURT

7         EASTERN DISTRICT OF WASHINGTON

8

9

10   DAMIAN BROOKS,                          No. 2:25-CV-00497-SAB

11              Plaintiff,

12         v.                                **ORDER DENYING LEAVE TO**

13   SPOKANE POLICE                          **PROCEED *IN FORMA PAUPERIS***

14   DEPARTMENT,                             **AND DISMISSING ACTION**

15              Defendant.

16

17         By Order filed January 6, 2026, the Court directed Plaintiff to supply

18   statements of account from each facility where he was incarcerated between June

19   3, 2025, and December 3, 2025. ECF No. 13 at 3. Specifically, the Court instructed

20   that if Plaintiff was not incarcerated for any period of time between June 3, 2025,

21   and November 5, 2025, to clearly state this to the Court, with exact dates when he

22   was and was not incarcerated. *Id.* at 2. In the alternative, Plaintiff could have paid

23   the $405.00 filing fee. *Id.* at 4.

24         On January 8, 2026, the Court received Plaintiff's letter dated January 5,

25   2026, along with a single page certified document titled, "Accounting Transactions

26   By Date," indicating an intake deposit of $5.00 on November 5, 2025 and a deposit

27   of $40.00 on December 13, 2025, as well as commissary purchases between

28

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND
DISMISSING ACTION -- 1

November 19, 2025, and December 29, 2025. ECF No. 15 and 16. Plaintiff states that he would be released on January 20, 2026. ECF No. 16.

Plaintiff has not provided any new information post-dating the Court's last order and he has not provided a new address. After careful review of Plaintiff's documents, the Court finds that they do not comply with the Court's instructions in the Order to Comply with Filing Fee/*in Forma Pauperis* Requirements. ECF No. 13. Plaintiff did not pay the filing fee as required by 28 U.S.C. § 1914.

Accordingly, **IT IS HEREBY ORDERED:**

1.	Plaintiff's application to proceed *in forma pauperis*, ECF No. 6, is **DENIED.**

2.	This action is **DISMISSED WITHOUT PREJUDICE** for non-payment of the filing fee as required by 28 U.S.C. § 1914.

3.	All pending Motions, including **ECF No. 10**, are **DENIED as moot.**

4.	The Clerk of Court shall **CLOSE** the file.

5.	The Court certifies any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment and provide copies to Plaintiff at his last known address.

**DATED** this 11th day of February 2026.



Stan Bastian
Chief United States District Judge

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION -- 2